UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:11-cr-00025

**United States of America**

v.

**Enrique E. Quintana**

# ORDER

On November 26, 2012, Enrique Quintana was sentenced to 708 months in prison for production of child pornography. On March 1, 2022, Quintana filed a motion for compassionate release under 18 U.S.C. § 3582, together with a motion for appointment of counsel in connection with his request for compassionate release. These motions were denied on March 31, 2022, and Quintana filed a notice of appeal on April 18, 2022.

Quintana has filed two motions for leave to proceed *in forma pauperis* in connection with his appeal. These motions were referred to United States Magistrate Judge John D. Love, who issued a report on September 19, 2022, recommending that the motions for leave to proceed *in forma pauperis* be denied because Quintana did not show that his appeal presented any non-frivolous issues.

Quintana filed objections to the report discussing his financial status and statutory fee arrangements, but which did not mention the magistrate judge's conclusion that he presented no non-frivolous grounds for appeal. A review of the record confirms that Quintana has set out no non-frivolous grounds for appeal and thus is not entitled to proceed *in forma pauperis* on appeal.

Having reviewed the magistrate judge's report and the objections de novo, the court overrules the plaintiff's objections and accepts the report's findings and recommendations. The court orders that the movant's motions for leave to proceed *in forma pauperis* on appeal (Docs. 98, 100) are denied. *See United States v. Gracin*, No. 21-30323, 2021 WL 5985054 (5th Cir. 2021) (denying leave to proceed *in forma pauperis* in an appeal from the denial of

compassionate release where appellant failed to raise a non-frivolous issue on appeal).

*So ordered by the court on October 26, 2022.*

───────────────────────────────
J. CAMPBELL BARKER
United States District Judge